## 3064.  RUDISILL *v.* HANDLEY.

A cashier of a bank, who acted also as bookkeeper, by a mistake in book-keeping caused a customer of the bank to be credited with $200 to which he was not entitled. The mistake in entry also caused a short-age in cash to appear. The cashier, insisting that some mistake had been made, but being unable to explain the matter satisfactorily, paid the bank the $200, and the bank, on the faith of the false entry, deliv-ered to the customer two shares of stock of the value of $200, and the latter accepted them for his own use. *Held,* that in an action in the nature of an action for money had and received, the cashier may recover the $200 from the customer who took the benefit of the cashier's payment of that sum to the bank.

DECIDED SEPTEMBER 30, 1911.

Complaint; from city court of Fitzgerald—Judge Wall. October 31, 1910.

*Otis H. Elkins,* for plaintiff.    *Alex. J. McDonald,* for defendant.

RUSSELL, J.   This case comes as a sequel to the case of *Citizens Bank* v. *Rudisill,* 4 *Ga. App.* 37 (60 S. E. 818), where most of the facts essential to an understanding of the present case are set forth. There it was held that Rudisill had no right of action against the bank, and it was intimated that he might have one against Handley. The headnote shows that we now hold what we then intimated. Handley stands in a very different relation to the transaction from what the bank did.   He ought not to keep the stock without paying for it, and Rudisill is the one he ought to pay.

*Judgment reversed.*